**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES-GENERAL**

Case No.  EDCV 08-879-PSG(OP)                    Date: August 12, 2008

Title: Deric Lydell Carpenter-Ryals v. Dana Sledge-Ozoigbu, et al.

--------------------------------------------------------------------------------

PRESENT: THE HONORABLE   OSWALD PARADA     ☐ U.S. DISTRICT JUDGE
                                           ☒ MAGISTRATE JUDGE

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**            **ATTORNEYS PRESENT FOR DEFENDANTS:**
           NONE                                              NONE

**PROCEEDINGS:**   (IN CHAMBERS: DEFENDANTS' MOTIONS TO DISMISS)

On July 2, 2008, plaintiff filed a pro se Civil Rights Complaint pursuant to 42 U.S.C. § 1983.  On August 11, 2008, defendants filed a Motion to Dismiss the Complaint.

Plaintiff shall file an Opposition to the motion to dismiss no later than thirty (30) days from the date of this order.  Defendants shall file a reply, if any, no later than fourteen (14) days after service of the oppositions.  Thereafter, the matters will be deemed submitted without oral argument.  See Local Rule 7-15.  Plaintiff is reminded that the failure to file an opposition may be deemed consent to the granting of the motion. See Local Rule 7-12.  Finally, the hearing date of September 9, 2008, 9:30 a.m., on defendants' motion is hereby vacated.

**IT IS SO ORDERED.**


cc:  All Parties of Record

                                            Initials of Deputy Clerk    Mg

CV-90 (10/98)
CIVIL   MINUTES   -   GENERAL